UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET # 01-cr-10390-PBS |
| | ) | |
| JASON BLAUNER | ) | |

## MOTION TO WITHDRAW

Assistant Federal Public Defender Behzad Mirhashem respectfully moves to withdraw as counsel for Mr. Blauner on the following grounds:

Undersigned counsel was appointed to represent Mr. Blauner on October 30, 2013 in connection with supervised release violation proceedings. Later, in the course of Mr. Blauner's participation in the CARE program, Attorney Jessica Hedges represented Mr. Blauner. Attorney Hedges was subsequently appointed by the Court to represent Mr. Blauner in supervised release revocation proceedings. Most recently, Attorney Hedges represented Mr. Blauner at an initial appearance on August 6, 2014. Undersigned counsel is filing this motion so that the status of counsel for Mr. Blauner is fully clarified on the docket.

WHEREFORE, Assistant Federal Defender Behzad Mirhashem respectfully moves to withdraw as counsel for Mr. Blauner.

Respectfully Submitted,

*/s/ Behzad Mirhashem*
Behzad Mirhashem
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 6, 2014.

*/s/ Behzad Mirhashem*
Behzad Mirhashem